UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

HENRY OKNYANSKY,  )
a.k.a. Gennady Arzhanik,  )   No. CV 00-11562-CAS(CW)
    )
            Petitioner,  )
    )   JUDGMENT
        v.  )
    )
GLENN MUELLER (Warden) et al.,)
    )
            Respondents,  )
_____ )

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: March 19, 2001

_____
CHRISTINA A. SNYDER
United States District Judge

DOCKETED
MLD COPY PTYS
MLD NOTICE PTYS
JS-6

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).